IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ROSENBURG,

     Petitioner,                  No. CIV S-06-1817 LKK PAN P

   vs.

THOMAS L. CAREY and

D.K. SISTO, Warden, et al.,

     Respondent.               ORDER

_____/

     Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).

     On August 15, 2006, petitioner filed a document styled as a "letter of indigency" regarding his inability to furnish the court with the requisite number of copies of his petition. On August 15, 2006, a letter from Mrs. B. Fisher was filed in this matter, indicating her intent to pay petitioner's filing fee with an enclosed money order; however, no money order was enclosed. Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: August 22, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

14
rose1817.101a