IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ROSENBURG,

    Petitioner,                    No. CIV S-06-1817 LKK EFB P

    vs.

THOMAS L. CAREY, et al.,

    Respondents.                <u>ORDER</u>

        Petitioner is a state prisoner without counsel who was filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 15, 2006, the court received a letter from petitioner declaring that he is indigent. Also on that date, the court received a letter from Mrs. Barbara Fisher stating an intent to pay petitioner's filing fee with an enclosed money order for $5.00. The court was not in receipt of said money order and therefore filed an order on August 24, 2006, ordering petitioner to submit an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee. On September 13, 2006, the court received a $5.00 habeas corpus filing fee, sent by Mrs. Fisher. On November 1, 2006, the court received an additional $5.00 filing fee from Mrs. Fisher. Good cause appearing, this filing fee will be refunded to Mrs. Fisher.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court shall refund the additional $5.00 filing fee, filed with the court November 1, 2006, to Mrs. Barbara Fisher.

Dated: November 15, 2006.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE