IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ROSENBURG,

      Petitioner,                    No. CIV S-06-1817 LKK EFB P

    vs.

THOMAS L. CAREY, et al.,

      Respondents.               ORDER

                                 /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 29, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1

1. The findings and recommendations filed August 29, 2007, are adopted in full;

2. Petitioner's request to stay the proceedings and hold his petition in abeyance pending the exhaustion of his claims in the California Supreme Court is denied;

3. Respondent's motion to dismiss is granted as petitioner's claims regarding his 2005 denial of parole are unexhausted and his claims regarding his 2002 denial of parole are both unexhausted and time-barred; and

4. The Clerk is directed to close the case.

DATED: September 26, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT